No. —. Ex parte Joseph Poresky. January 30, 1939. Motion for interlocutory decree and amendment denied.

No. 192. Caswell v. Morgenthau, Secretary of the Treasury, et al. January 30, 1939. Motion for leave to file a petition for rehearing denied. 305 U. S. 596.

No. 539. Societe Suisse Pour Valeurs de Metaux v. Cummings, Attorney General, et al. January 30, 1939. Motion to substitute granted and Frank Murphy, present Attorney General of the United States, is substituted as a party respondent in the place and stead of Homer S. Cummings, resigned. Mr. Justice Stone took no part in the consideration and decision of this motion.

No. 489. Eastern Shore Public Service Co. et al. v. Seaford. February 6, 1939. *Per Curiam:* The appeal is dismissed for the want of a properly presented substantial federal question. *New Orleans Waterworks Co.* v. *Louisiana,* 185 U. S. 336, 344, 345; *New Orleans Waterworks Co.* v. *Louisiana Sugar Refining Co.,* 125 U. S. 18, 30; *Seattle & Renton Ry. Co.* v. *Linhoff,* 231 U. S. 568, 570; *Long Sault Development Co.* v. *Call,* 242 U. S. 272, 277. Petition for writ of certiorari denied. *Mr. Daniel O. Hastings* for appellants. *Mr. James R. Morford* for appellee.